Dear Mr. Oppeneer,

I've signed the complaint along w/ the motion. Additionally, I've enclosed the missing exhibit.

Thank you,

EOC NO
REC'D/FILED
2020 FEB 10 PM 12:45
P...
CLER...
W.D. OF WI

rack squared
exponentially better

**Office of the Clerk**
United States District Court Western District of Wisconsin

120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

January 30, 2020

Emir Dini,
P.O. Box 247831
Columbus, OH 43224

Re:   20-cv-87-wmc, *Dini, Emir v. State of Wisconsin et al*

Dear Mr. Dini:

This will acknowledge receipt of your complaint and supporting documents filed with the court on January 29, 2020. The court has docketed the submission and assigned the case number above, however the complaint and motion to seal are being returned to you because they were signed with an s/ and not signed with a written signature.

This court's Electronic Filing Procedures allow for an s/ signature for filing users of the Case Management/Electronic Case Files (CM/ECF) system http://ecf.wiwd.uscourts.gov. Because you are not a filing user, please sign the enclosed documents with a written signature and return them to the clerk's office.

You should be aware that if you were to register for electronic filing with this court, an s/ signature is acceptable when filing documents. For more information, please refer to this courts' electronic filing procedures https://www.wiwd.uscourts.gov/electronic-filing-procedures at Electronic Filing Procedures, III. General Guidance. E. Signatures.

If you would like to register for electronic filing with this court, please go to https://ecf.wiwd.uscourts.gov/AttorneyReg/.

Finally, the exhibits that you submitted did not include an Exhibit 5. The page numbers written on the exhibits skip from Exhibit 4 to Exhibit 6. If you would like to include Exhibit 5 in your case, please submit it to the clerk's office.

PETER OPPENEER, Clerk of Court,

By:___/s/_____
Deputy Clerk