EMIR DINI
P.O BOX 247831
COLUMBUS, OH 43224





CERTIFIED MAIL

7019 1640 0001 4494 2507

U.S. POSTAGE PAID
FCM LG ENV
COLUMBUS, OH
43224
FEB 05, 20
AMOUNT
**$5.35**
R2304M115702-01

Office of the Clerk
United States District Court
120 North Henry Street, RM 320
Madison, WI 53703