\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*
TIME RECEIVED                           REMOTE CSID           DURATION  PAGES   STATUS
August 26, 2020 at 4:15:35 PM CDT       14154847068           61        2       Received

Case: 3:20-cv-00087-wmc    Document #: 13    Filed: 08/26/20    Page 1 of 2

08/26/2020 2:14 PM    14154847068    → 16082645925    pg 1 of 2

Hon. Judge Willam M. Conley
U.S District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

**RE:** Dini v. State of Wisconsin
3:20-CV-00087

August 24, 2020

Dear Hon. Judge Conley,

    I am writing to notify the Court that my case has been under advisement for over 7 months as of this letter. While I understand the pandemic has significantly impacted Court operations, I am concerned that additional delays may impact my ability to obtain evidence from the Defendant. At this stage, any delays may cause irreparable harms in the capacity for me to prosecute my claims in this lawsuit. I ask that the Court do what it can, under the circumstances, to find a balance between keeping everyone safe and preserving the rule of law.

*Sincerely,*

*Emir Dini*
_____
Emir Dini



# HELLOFAX

To view a High Resolution & Color copy of this fax:

1. Go to www.hellofax.com/HighRes

2. Login or create a HelloFax account

3. Enter Access Code:    f7c084d4d9