IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EMIR DINI,

                Plaintiff,                      ORDER

    v.

                                                  20-cv-87-wmc

STATE OF WISCONSIN,
and WISCONSIN LEGISLATIVE
REFERENCE BUREAU,

                Defendants.

---

*Pro se* plaintiff Emir Dini is proceeding against defendants the State of Wisconsin and the Wisconsin Legislative Reference Bureau on discrimination claims based on race, national origin, and religion. Dini has filed an ex parte motion for leave to submit documents to the court via fax instead of by mail because mailing documents exposes him to the Covid-19 virus. (Dkt. #22.)

Although the court is sympathetic to the challenges litigants face during the Covid-19 pandemic, the motion will be denied. The court previously informed Dini that it does not accept filings by fax. (Dkt. #14.) Rather, as explained in the court's Guide for Litigants without a Lawyer,[1] a *pro se* litigant may file documents (1) in person at the courthouse, (2) by mail, or (3) electronically. To the extent mailing documents raises health concerns for Dini, he may request access to file documents electronically at the court's website by clicking on the Admission & ECF Registration button on the homepage.

---

[1] Available at: http://www.wiwd.uscourts.gov/sites/default/files/Guide_ProSe_Litigants.pdf.

ORDER

IT IS ORDERED that plaintiff Emir Dini's ex parte motion for facsimile delivery (dkt. #22) is DENIED.

Entered this 2nd day of February, 2021.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge