IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EMIR DINI,

          Plaintiff,

v.

STATE OF WISCONSIN, AND
WISCONSIN LEGISLATIVE
REFERENCE BUREAU,

          Defendants.

ORDER

Case No. 20-cv-87-wmc

---

Pro se plaintiff Emir Dini is proceeding against defendants on Title VII discrimination claims. (Dkt. 18.) Dispositive motions are due on September 24, 2021. (Dkt. 41.) Defendants have filed a motion to compel plaintiff's appearance for a deposition, alleging that plaintiff has twice failed to attend properly noticed depositions without notice or explanation. (Dkt. 47 at 1.) Defendants also move for sanctions and to extend the dispositive motion deadline. This all occurred after the court admonished plaintiff for improper conduct and warned him that any additional inappropriate behavior would result in commensurate sanctions. *See* August 18, 2021 Order, dkt. 39 at 7. If defendants' allegations are true, then this case is subject to dismissal with prejudice at this time.

Therefore, it is ORDERED that:

(1) Not later than October 1, 2021, plaintiff must show cause why this lawsuit should not be dismissed with prejudice for failure to fulfill his discovery obligations and for his failure to obey this court's August 18, 2021 order. Plaintiff also must respond to defendants' request for cost-shifting on the two missed depositions. Defendants may have seven days to reply after receipt of plaintiff's submission.

(2) The dispositive motion deadline is struck.

(3) Defendants need not depose plaintiff until the court determines whether it is dismissing this case.

Entered this 16th day of September, 2021.

> BY THE COURT:
>
> /s/
>
> STEPHEN L. CROCKER
> Magistrate Judge